UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24377-CIV-ALTONAGA/Reid

**SHIRLEY CATHERINE BLASS**,

    Plaintiff,
v.

**METROPOLIS TENNESSEE LLC**,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. Plaintiff's attorney, Talal Rashid, does not currently receive CM/ECF notices of electronic filing when documents are filed in this case. Attorney Rashid therefore needs to complete the CM/ECF training mandated by Administrative Order 2006-24 and Section 3B of the CM/ECF Administrative Procedures. Accordingly, it is

**ORDERED AND ADJUDGED** that counsel shall file a notice indicating he has completed the necessary procedures to satisfy the CM/ECF training requirement on or before **October 2, 2025**.

Defendant shall serve a copy of this Order, as well as of [ECF Nos. 6 and 7], on counsel for Plaintiff forthwith and file a notice of compliance with this Order by **September 26, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record