UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24377-CIV-ALTONAGA/Reid

**SHIRLEY CATHERINE BLASS**,

    Plaintiff,

v.

**METROPOLIS TENNESSEE LLC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte.* On September 25, 2025, the Court entered an Order [ECF No. 6], setting a deadline of October 23, 2025 for any motion to remand the case based on a defect other than lack of subject-matter jurisdiction. (*See id.* 1 (citing 28 U.S.C. § 1452(b))).[1] On October 3, 2025, Plaintiff, Shirley Catherine Blass and Defendant, Metropolis Tennessee LLC submitted a Joint Scheduling Report [ECF No. 17], advising that Defendant intends to file a motion to dismiss and Plaintiff intends to file a motion to remand. (*See id.* 2).

To conserve the parties' and judicial resources, it is

**ORDERED** that Defendant shall not file a motion to dismiss until the Court has resolved the forthcoming motion to remand — and hence the question of its subject matter jurisdiction.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-24377-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record